S

JUDGE SULLIVAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Matthew J. Rosenwasser

Write the full name of each plaintiff.

17 CV 5191

____CV____
(Include case number if one has been assigned)

-against-

Fordham University
John Carroll, Head of Security
Joseph McShane, President

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

COMPLAINT

Do you want a jury trial?
☐ Yes  ☒ No

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

- 5th Amendment (due process)
- 14th Amendment (due process)
- 20 U.S.C. § 1681 (Title IX)

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____ , is a citizen of the State of
(Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                        (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_Matthew_        _J._              _Rosenwasser_
First Name       Middle Initial    Last Name

_P O Box 895_
Street Address

_NEW YORK, NYC_       _NY_       _10163-0895_
County, City          State      Zip Code

_646-522-2506_              _matt392@earthlink.net_
Telephone Number            Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: FORDHAM UNIVERSITY
First Name / Last Name

Current Job Title (or other identifying information)
441 EAST FORDHAM ROAD
Current Work Address (or other address where defendant may be served)
BRONX, NYC     NY     10458
County, City / State / Zip Code

Defendant 2: JOHN CARROLL
First Name / Last Name
HEAD OF SECURITY, FORDHAM UNIVERSITY
Current Job Title (or other identifying information)
441 EAST FORDHAM ROAD
Current Work Address (or other address where defendant may be served)
BRONX, NYC     NY     10458
County, City / State / Zip Code

Defendant 3: JOSEPH McSHANE
First Name / Last Name
PRESIDENT, FORDHAM UNIVERSITY
Current Job Title (or other identifying information)
441 EAST FORDHAM ROAD
Current Work Address (or other address where defendant may be served)
BRONX, NYC     NY     10458
County, City / State / Zip Code

Defendant 4:

First Name          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City          State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: FORDHAM UNIVERSITY, LINCOLN CENTER CAMPUS

Date(s) of occurrence: MAY, 2010, May, 2017

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

- Fordham filed false sexual harassment charges against me in 2010
- Fordham refused to allow me to see false charges against me
- Fordham refused to do investigation after 12 requests via email and letter
- Refused to provide me with due process (5th and 14th Amendments)
- Refused to inform me of Title IX (20 U.S.C. §1681) rights as per federal law
- Did not perform Title IX investigation as required by Title IX 20 U.S.C. §1681
- Through NYS Supreme Court Case #105186/2011, attempted to enforce 5th/14th Amendments and Title IX 20 U.S.C. §1681
- Title IX 20 U.S.C. §1681 rights denied in May, 2017 by Motion for Dismissal by Fordham

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

- $100,000,000
- Declare Fordham University in violation of Title IX 20 USC §1681

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| Dated: 7/7/17 | Plaintiff's Signature: Matthew J. Rosenwasser |

| First Name: MATTHEW | Middle Initial: J. | Last Name: ROSENWASSER |

Street Address: PO Box 895

| County, City: NEW YORK, NYC | State: NY | Zip Code: 10163-0895 |

| Telephone Number: 646-522-2506 | Email Address (if available): matt392@earthlink.net |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.